FILE COPY

No. 07-13-00239-CR

| | | |
|---|---|---|
| Aaron Edward Bell<br>  Appellant | §<br>§ | From the 372nd District Court<br>  of Tarrant County |
| v. | § | February 26, 2014 |
| The State of Texas<br>  Appellee | §<br>§<br>§ | Opinion by Per Curiam |

**J U D G M E N T**

Pursuant to the opinion of the Court dated February 26, 2014, it is ordered, adjudged and decreed that the judgment of the trial court be affirmed.

Inasmuch as this is an appeal in forma pauperis, no costs beyond those which may have been paid are adjudged.

It is further ordered that this decision be certified below for observance.

o O o